# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-50387
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 24, 2017

Lyle W. Cayce
Clerk

LYNN C. GUTHRIE; GINA LYNN GUTHRIE,

                    Plaintiffs-Appellants

v.

DITECH FINANCIAL, L.L.C., formerly known as Green Tree Servicing, L.L.C.,

                    Defendant-Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:16-CV-171

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

        Proceeding pro se as they did in the district court, Plaintiffs-Appellants appeal the April 20, 2017 Final Judgment of that court dismissing all of their claims and causes of action without prejudice.  We have carefully reviewed the record on appeal, including the briefs of the parties, the exhaustive April 20, 2017 Order of the district court, and the even more exhaustive Report and Recommendation of the magistrate judge to whom the district court initially

---

        * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

## No. 17-50387

assigned this matter. As a result, we are convinced beyond cavil that the aforesaid Final Judgment of the district court is not only free of error but eminently correct. For essentially the same reasons as explicated by the district court and the magistrate judge, the judgment appealed from is, in all respects,

AFFIRMED.